IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DENNIS ANDREW BALL, | ) |
|           Appellant, | ) |
| vs. | )   Case No. 13-cv-0349-MJR |
| BOB G. KEARNEY, Bankruptcy Trustee, | ) |
|           Appellee. | ) |

ORDER SETTING BRIEFING SCHEDULE

REAGAN, District Judge:

United States District Courts enjoy subject matter jurisdiction to hear appeals from the final judgments, orders and decrees of United States Bankruptcy Judges under 28 U.S.C. 158(a). On April 10, 2013, Dennis Andrew Ball filed a notice in this District Court, appealing a March 4, 2013 Order issued by the Honorable Laura K. Grandy, Chief Judge, United States Bankruptcy Court for the Southern District of Illinois.[1]

Federal Rule of Bankruptcy Procedure 8009 sets forth a schedule for the filing of briefs in bankruptcy appeals and acknowledges that the District Court may specify a

---

[1] The Bankruptcy Appeal Information Sheet lists March 4, 2013 as the "Date of Judgment or Order Appealed" (Doc. 1-1, p. 1). Documents filed with the appeal indicate that Judge Grandy orally granted the Trustee's dismissal motion and denied as moot several motions filed by Debtor Ball at a hearing on March 4, 2013; the minutes were dated and entered March 4, 2013; but the written Order reflecting those rulings was entered March 5, 2013 (Doc. 1-2, p. 3). Ball sought to take a direct appeal from Bankruptcy Court to the United States Court of Appeals for the Seventh Circuit. The Bankruptcy Court refused to certify a direct appeal under 28 U.S.C. 158(d)(2) (*see* Doc 1-9).

different time limit or schedule.  The undersigned District Judge hereby **DIRECTS** as follows:

      Appellant's Brief (no longer than 25 pages) shall be filed by **May 9, 2013**;

      Appellee's Brief (no longer than 25 pages) shall be filed by **June 6, 2013**;

      Appellant may file a reply brief (no longer than 5 pages) by **June 20, 2013**.

The briefs should comply with Bankruptcy Rule 8010(a) as to their form and content.

      IT IS SO ORDERED.

      APRIL 11, 2013.

                                    s/ Michael J. Reagan
                                    Michael J. Reagan
                                    United States District Judge